IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLEAR SPRING PROPERTY and CASUALTY COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES ROGERS d/b/a ROGERS CONSTRUCTION,<br><br>  Defendant.<br><br>vs.<br><br>KEN MATEJEK and REBECCA MATEJEK,<br><br>  Defendant Intervenors. | Cause No.:  9:23-cv-98<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the parties, by and through their respective counsel of record, and stipulate that all claims by all parties raised in the above-captioned matter should be dismissed with prejudice, as fully settled on the merits, each party to pay their own costs and attorneys' fees.

WHEREFORE, the parties jointly pray that the Court enter an order dismissing the captioned matter with prejudice, as fully settled on the merits, each party to pay their own costs and attorneys' fees.

Dated this 8th day of March, 2024.

CROWLEY FLECK PLLP

*/s/Christopher Voigt*
CHRISTOPHER C. VOIGT
MARINA A. TUCKER

*Attorneys for Clear Spring Property and Casualty Co.*

FRAMPTON PURDY LAW FIRM

*/s/Doug Scotti*
DOUG SCOTTI

*Attorneys for Defendant Rogers*

VANENGEN LAW OFFICE, PC

*/s/Miva VanEngen*
MIVA VANENGEN

*Attorneys for Defendant-Intervenors Matejek*