IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLEAR SPRING PROPERTY and CASUALTY COMPANY, | CV 23-98-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| JAMES ROGERS d/b/a ROGERS CONSTRUCTION, | |
| Defendant, | |
| vs. | |
| KEN MATEJEK and REBECCA MATEJEK | |
| Defendant-Intervenors, | |

The parties have filed a Stipulation for Dismissal with Prejudice (Doc. 26). Accordingly,

IT IS ORDERED that this matter is dismissed with prejudice and as fully settled on the merits, with each party to bear their own costs and attorneys' fees.

DATED this 11th day of March, 2024.

Kathleen L. DeSoto
United States Magistrate Judge